IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT FRANKLIN                                                                              PETITIONER

v.                                           5:07CV00118 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE